ABSTRACT OF JUDGMENT

**Re:** Century Bank v. Art Finance Funding (IX), LLC; Andrew C. Rose; et al.

**Case Number:** 1:25-mc-00556

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Art Finance Funding (IX), LLC<br>3801 Centerville Rd<br>Wilmington, DE 19807<br><br>Andrew C. Rose<br>3801 Centerville Rd<br>Wilmington, DE 19807 | Century Bank<br>100 S Federal Pl<br>Santa Fe, NM 87501 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $21,645,100.00 in compensatory damages, with a prejudgment interest rate of $11,666.67 per day from 2/11/2025 until 8/8/2025, and post-judgment interest rate calculated pursuant to 28 U.S.C. §1961(a). | Jason W. Myatt<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4085 | November 26, 2025 in U.S.D.C. D.N.M. |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                    **, New York**

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,**            **Deputy Clerk**